IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| NICK RAMOS, et al., | ) | CV. NO. 11-00053 HG-BMK |
|---|---|---|
| Plaintiffs, | ) | FINDINGS AND |
| | ) | RECOMMENDATION THAT THIS |
| vs. | ) | ACTION BE DISMISSED |
| | ) | WITHOUT PREJUDICE |
| U.S. NATIONAL BANK, N.A., et al., | ) | |
| Defendants. | ) | |

FINDINGS AND RECOMMENDATION THAT THIS ACTION
BE DISMISSED WITHOUT PREJUDICE

Plaintiffs Nick Ramos and Arcelyn Ramos ("Plaintiffs"), proceeding *pro se*, filed this action on January 21, 2011. (Doc. # 1.) Pursuant to Rule 16(a) of the Federal Rules of Civil Procedure and Local Rule 16.2, a Scheduling Conference was set before this Court on April 18, 2011 at 9:00 a.m. (Doc. # 2.) On January 26, 2011, the Court issued an Order Setting Triage Conference, in which a Triage Conference was set for April 7, 2011 at 9:00 a.m. (Doc. # 5.) For the convenience of the parties, the Court moved the Rule 16 Scheduling Conference to the same date and time as the Triage Conference, April 7, 2011 at 9:00 a.m., and issued minutes to that effect. (Doc. # 4.) The minutes also informed the parties that the new deadline for submitting Scheduling Conference Statements was March 31, 2011. (Id.)

The Court was prepared to hold the Rule 16 Scheduling Conference and Triage Conference on April 7, 2011 at 9:00 a.m., however, Plaintiffs did not appear. (See Doc. # 7.) The Court called Plaintiffs' phone number, which is noted on their complaint, but Plaintiffs did not answer. (See id.) Furthermore, Plaintiffs failed to file a Scheduling Conference Statement as required by Local Rule 16.2(b). (See Doc. # 8.) The Court therefore issued an Order to Show Cause, asking Plaintiffs to show good cause, if any, why this case should not be dismissed for their failure to appear at the Rule 16 Scheduling Conference and Triage Conference, file a Scheduling Conference Statement, and prosecute this case. (Id.)

The Court held a show cause hearing on May 5, 2011. (Doc. # 10.) Plaintiff Nick Ramos appeared at the hearing by telephone. At the hearing, he indicated that Plaintiffs do not contest the Order to Show Cause. He also indicated that Plaintiffs do not wish to pursue the case and do not oppose dismissal of the case without prejudice. Based on the foregoing, the Court RECOMMENDS that this action be DISMISSED WITHOUT PREJUDICE.

DATED: Honolulu, Hawaii, May 5, 2011.

IT IS SO FOUND AND RECOMMENDED.



/s/ Barry M. Kurren
United States Magistrate Judge

Nick Ramos, et al. v. U.S. National Bank, N.A., et al., CV. NO. 11-00053 HG-BMK; FINDINGS AND RECOMMENDATION THAT THIS ACTION BE DISMISSED WITHOUT PREJUDICE.