IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| NICK RAMOS, an individual; ARCELYN RAMOS, an individual | ) ) ) | CV 11-00053 HG-BMK |
| Plaintiffs, | ) | |
| vs. | ) ) | |
| U.S. National Bank, N.A., a Business Entity, form unknown, National City Mortgage, a Business Entity, form unknown; Alii Mortgage, a Business Entity, form unknown, Mortgage Electronic Registration Systems, a Business Entity, form unknown; and DOES 1-100 inclusive, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

_____

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS AND RECOMMENDATION (Doc. 11)

On May 5, 2011, an Order to Show Cause Hearing was held for Plaintiffs to show good cause why this case should not be dismissed for their failure to appear at the Rule 16 Scheduling Conference and Triage Conference, file a Scheduling Conference Statement, and prosecute this case.

At the Order to Show Cause Hearing on May 5, 2011, Plaintiff Nick Ramos appeared by telephone. He indicated that Plaintiffs do not contest the Order to Show Cause. He also indicated that Plaintiffs do not wish to pursue the case and do not oppose dismissal of the case without prejudice.

Findings and Recommendation that this Action be Dismissed Without Prejudice (Doc. 11) were filed on May 5, 2011. No

objections have been filed by any party.

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (Doc. 11) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: June 17, 2011, Honolulu, Hawaii.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge